```
 1  STEPHEN P. SONNENBERG (SB# 164881)
    MICHELE A. FREEDENTHAL (SB# 150323)
 2  SAMANTHA J. BLACK (SB# 228829)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 3  Twenty-Fifth Floor
    515 South Flower Street
 4  Los Angeles, CA 90071-2228
    Telephone: (213) 683-6000
 5  Facsimile: (213) 627-0705
    Attorneys for Defendant
 6  BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA
    CORPORATION)
```

FILED
CLERK, U.S DISTRICT COURT
JAN - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LODGED
CLERK, U.S. DISTRICT COURT
DEC 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIDAH L. CARTER,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO. CV04-0296 RSWL (PLAx)<br><br>**STIPULATION FOR COURT TO DISMISS ACTION AND [~~PROPOSED~~] ORDER** |

DOCKETED ON CM
JAN - 6 2006
BY ___         010

LEGAL_US_W # 53031920.1

1  WHEREAS, Shahidah Carter has sued Bank of America Corporation,
2  in the above-entitled matter for damages allegedly arising out of Carter's former
3  employment for Bank of America, N.A. (the "Bank"), and that action is now
4  pending;
5
6  WHEREAS, the matter has been resolved and all conditions precedent
7  met, with the exception of the dismissal of this action.
8
9  IT IS HEREBY STIPULATED, CONSENTED AND AGREED by
10  and between Bank of America Corporation, Bank of America, N.A. and Shahidah

LEGAL_US_W # 53031920.1

1  Carter that the present action be dismissed with prejudice as to all claims and all
2  named Defendants.
3
4  **IT IS SO STIPULATED.**
5
6  DATED: December 27, 2005      STEPHEN P. SONNENBERG
7                                 MICHELE A. FREEDENTHAL
                                   SAMANTHA J. BLACK
8                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP
9
10                              By: *M. Freedenthal*
                                    MICHELE A. FREEDENTHAL
11
                                Attorneys for Defendant
12                              BANK OF AMERICA, N.A.
13
14  DATED: December 27 2005       STEVEN BRADY
                                   BRADY LAW GROUP
15
16
                                By: _____
17                                  STEVEN BRADY
18                              Attorneys for Plaintiff
                                SHAHIDAH CARTER
19
20
21
22
23
24
25
26
27
28

-2-

LEGAL_US_W # 53031920.1

# ORDER

Good Cause having been demonstrated to the satisfaction of the Court, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

Pursuant to the stipulation of the parties, all claims for relief asserted against all Defendants named in the action entitled *Carter v. Bank of America Corporation, et al.*, Case No. CV04-0296 RSWL (PLAx) are dismissed with prejudice.

IT IS SO ORDERED.

Dated: Jan 5, 2006

RONALD S.W. LEW
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss:
CITY AND COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: Paul, Hastings, Janofsky & Walker LLP, Twenty-Fifth Floor, 515 South Flower Street, Los Angeles, CA 90071-2228.

On December 27, 2005, I served the foregoing document(s) described as:

**STIPULATION FOR COURT TO DISMISS ACTION AND [PROPOSED] ORDER**

on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Steven J. Brady
Brady Law Group
1015 Irwin Street, Suite A
San Rafael, California 94901

☐ **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on December 27, 2005, with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 27, 2005, at Los Angeles, California.

_____
Virginia Allen

LA/1111051.3

PROOF OF SERVICE